AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT
## Northern District of California

| UNITED STATES OF AMERICA<br>V.<br>James Daniel Contreras | COMMITMENT TO ANOTHER DISTRICT |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| Northern District of California | Central District of California | 3-08-70821 EMC | CR08-00713 |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
  x Indictment   ☐ Information   ☐ Complaint   ☐ Other (specify)

charging a violation of     21     U.S.C. § 846, 841(a)(1) and 841(b)(1)(A)

**DISTRICT OF OFFENSE**
Central District of California

**DESCRIPTION OF CHARGES:**

Conspiracy to distribute and to possess with intent to distribute 5 kilograms or more of a mixture or substance containing cocaine and conspiracy to distribute and possess with intent to distribute 500 grams or more of a mixture of substance containing a detectable amount of methamphetamine or 50 grams or more of actual methamphetamine.

FILED
DEC 17 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CURRENT BOND STATUS:**

☐ Bail fixed at _____ and conditions were not met
x Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
x Other (specify)   Defendant waived detention hearing and Rule 5 hearing
Bond, if any, shall be transferred to the District of Offense

**Representation:**   x Retained Own Counsel   ☐ Federal Defender Organization   ☐ CJA Attorney   ☐ None

**Interpreter Required?**   X No   ☐ Yes   Language:

**NORTHERN DISTRICT OF CALIFORNIA**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

12/17/08
Date                                                    United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
|  |  |  |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
|  |  |  |